**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1996**

_____

WESTMORELAND COAL COMPANY,

       Petitioner,

     v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; PATSY MAGGARD,

       Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board. (16-0555 BLA)

_____

Submitted: March 20, 2018                   Decided: March 22, 2018

_____

Before KING and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Paul E. Frampton, Fazal A. Shere, BOWLES RICE LLP, Charleston, West Virginia, for Petitioner. Evan B. Smith, APPALACHIAN CITIZENS' LAW CENTER, Whitesburg, Kentucky; Joseph Allman, ALLMAN LAW LLC, Indianapolis, Indiana, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Westmoreland Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-944 (2012).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Westmoreland Coal Co. v. Dir., Office of Workers' Comp. Programs*, No. 16-0555 BLA (B.R.B. June 26, 2017).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*